UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NUTRITION SCIENCE LABORATORIES, LLC, L.O.D.C. Group, Ltd, and L.O.D.C., Inc.<br><br>    Defendants. | Case No. 16-11179<br>Hon. Terrence G. Berg |

## JUDGMENT

Pursuant to the Court's previous order entering judgment for Defendants on Counts II and IV (Dkt. 32) and Plaintiff's request that a final judgment be entered in favor of Defendants because "[t]he Court's orders and judgments in the 2012 Case . . . resolved all of Plaintiff's claims in the 2016 Case," Dkt. 34, Pg. ID 1,279, **JUDGMENT IS ENTERED** in favor of Defendants on Counts I, III, V, VI, VII, VIII, IX, and X. Each party shall bear its own costs and fees. This is a final order and closes the case.

Dated: July 17, 2017  s/Terrence G. Berg
            TERRENCE G. BERG
            UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on July 17, 2017.

s/A. Chubb
Case Manager
