UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INNOVATION VENTURES, LLC

        Plaintiff(s),

v.

NUTRITION SCIENCE LABORATORIES, LLC;
L.O.D.C. Group, Ltd.; and L.O.D.C., Inc.

        Defendant(s).
_____/

Case No. 4:16-cv-11179

Judge Terrence G. Berg

Magistrate Judge Stephanie Dawkins Davis

## NOTICE OF APPEAL

Notice is hereby given that __Innovation Ventures, LLC__ appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment    ☐ Order

☐ Other: _____

entered in this action on __July 17, 2017__.

Date: August 7, 2017

Counsel is: RETAINED

/s/ Matthew T. Nelson

P64768
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
(616) 752-2539
mnelson@wnj.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.